[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 2, 2008
THOMAS K. KAHN
CLERK

No. 07-12555
Non-Argument Calendar

_____

D.C. Docket No. 02-00104-CR-T-27-TGW

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM PAUL LANNERT,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(May 2, 2008)**

Before EDMONDSON, Chief Judge,  BIRCH and DUBINA, Circuit Judges.

PER CURIAM:

Thomas Dale, appointed counsel for William Lannert in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lannert's revocation of supervised release and resulting sentence are **AFFIRMED**.